CATHERINE SAFNER, APPELLANT, v. HARRY GOLLIN ET AL., RESPONDENTS.

Submitted March 27, 1922—Decided June 19, 1922.

On appeal from the Supreme Court, whose opinion is reported in 96 *N. J. L.* 431.

For the appellant, *Feinberg & Feinberg* and *Lazarus & Brenner*.

For the respondents, *Runyon & Autenreith*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Katzenbach in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ. 12.

*For reversal*—None.